478 A.2d 96

Commonwealth v. McMahon, Appellant.

Submitted February 3, 1984. Joseph D. McMahon, appellant, in propria persona; James A. Meyer, District Attorney, for appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order of the PCHA court affirmed.